JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CABN 168285)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

FILED 2010 JUN 29 A 10: 57

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HARI JAMIL DILLON,<br><br>    Defendant. | CR NO. 10 0500<br><br>UNITED STATES' MOTION TO SEAL INFORMATION AND [PROPOSED] ORDER |

The government hereby moves the Court for an order sealing the Information and this Motion. The defendant has agreed to cooperate in this investigation and revelation of these documents could jeopardize him and the ongoing investigation by alerting another target to the status of the investigation.

DATED: June 29, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JEFFREY R. FINIGAN
Assistant United States Attorney

SEALING ORDER

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Information and this Motion and Sealing Order shall be sealed until further order of the Court

DATED: Jun 29, 2010

JUDGE
United States District Court Judge

SEALING ORDER 2