GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
HARI DILLON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR. No. 10-00500 CRB |
|---|---|
| Plaintiff, | ) ADMINISTRATIVE MOTION TO FILE UNDER SEAL; |
| vs. | ) DECLARATION OF COUNSEL; [PROPOSED] ORDER. |
| HARI DILLON, | ) |
| Defendants. | ) |
| | ) Court: Hon. Charles R. Breyer |

Defendant brings this administrative motion for an order permitting the parties' stipulation to be filed manually discussed in the declaration of counsel in support of this motion pursuant to Civil L.R. 7-11, 79-5(a) and (b); and Crim. L.R. 55-1(b).

Dated: July 26, 2012    Respectfully submitted,

/s/
Garrick S. Lew
Law Offices of Garrick S. Lew & Assoc.
Attorneys for Defendant Hari Dillon

*U.S. v. Dillon.* (CR 10-00500 CRB)
Administrative Motion to Seal

GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
HARI DILLON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 10-00500 CRB |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| HARI DILLON, | ) | |
| Defendants. | ) | |
| | ) | Court: Hon. Charles R. Breyer |

**DECLARATION OF COUNSEL**

I, Garrick S. Lew, declare:

1. I am an attorney duly licensed to practice law in all courts of the State of California and in the Northern District of California, and am defendant Hari Dillon counsel of record.

2. If called to testify in this matter, I would and could competently testify to the contents of this declaration of my own knowledge.

3. The parties' stipulation includes a detailed discussion of HIPPA protected personal medical information that is not suitable for public disclosure.

I declare, under penalty of perjury, under the laws of the United States that the foregoing is true and correct, except as to those matters predicated on information and belief, and as to those matters, I believe them to be true. Executed in San Francisco, California.

DATED: July 25, 2012                             /s/
                                          GARRICK S. LEW

*U.S. v. Dillon.* (CR 10-00500 CRB)
Administrative Motion to Seal

GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone:    (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
HARI DILLON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 10-00500 CRB |
| Plaintiff, | [PROPOSED] ORDER. |
| vs. | |
| HARI DILLON, | |
| Defendant. | |
| | Court:    Hon. Charles R. Breyer |

Upon the foregoing motion and attached declaration of counsel, and GOOD CAUSE being found, it is hereby ORDERED that the manually filed stipulation shall be made *under seal* pursuant to Civil L.R. 7-11, 79-5(a) and (b); and Crim. L.R. 55-1(b).

IT IS SO ORDERED.


Dated:_____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*U.S. v. Dillon* (CR 10-00500 CRB)
Administrative Motion to Seal