```
1  GARRICK S. LEW (SBN 61889)
   EDWARD J. HU (SBN 260421)
2  Law Offices of Garrick S. Lew & Assoc.
   1000 Brannan Street - Suite 488
3  San Francisco, CA 94103-4888
   Telephone:    (415) 575-3588
4  Facsimile:    (415) 522-1506
   gsl@defendergroup.com
5
   Attorneys for Defendant
6  HARI DILLON
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 10-00500 CRB |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER. |
| vs. | ) | |
| HARI DILLON, | ) | |
| Defendant. | ) | |
| | ) | Court:   Hon. Charles R. Breyer |

Upon the foregoing motion and attached declaration of counsel, and GOOD CAUSE being found, it is hereby ORDERED that the manually filed stipulation shall be made *under seal* pursuant to Civil L.R. 7-11, 79-5(a) and (b); and Crim. L.R. 55-1(b).

IT IS SO ORDERED.

Dated: July 30, 2012

*IT IS SO ORDERED*
Judge Charles R. Breyer

*U.S. v. Dillon* (CR 10-00500 CRB)
Administrative Motion to Seal