GARRICK S. LEW  (State Bar #61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
(415)    575-3588
(415)    522-1506 [fax]
gsl@defendergroup.com

Attorney for Defendant
HARI DILLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HARI DILLON,<br><br>　　　　　　Defendant. | Case No. cr 3:10-cr-00500-CRB<br><br>WITHDRAWAL OF COUNSEL |

　　　TO UNITED STATES ATTORNEY MELINDA HAAG, ASSISTANT UNITED STATES ATTORNEY WILLIAM DOUGLAS SPRAGUE, ASSISTANT UNITED STATES ATTORNEY HALLIE ALEXANDRA MITCHELL AND ALL INTERESTED PARTIES: Please take notice that Edward J. Hu, having joined the Office of the Federal Defender, is no longer associated with the Law Offices of Garrick S. Lew and is thus withdrawing from the above-captioned case.  The defense for Hari Dillon respectfully requests this Court remove Mr. Hu from further ECF notifications and mailings.  Mr. Lew shall remain counsel of record.

Dated: September 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　GARRICK S. LEW
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for HARI DILLON