GARRICK S. LEW  (State Bar #61889)
REBECCA N. RABKIN (State Bar #244638)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
(415)   575-3588
(415)   522-1506 [fax]
gsl@defendergroup.com

Attorneys for Defendant
HARI DILLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                         Plaintiff,         )<br>                                                              )<br>            vs.                                          )<br>                                                              )<br> HARI DILLON,                                  )<br>                                                              )<br>                         Defendant.     ) | Case No. CR 10-00500 CRB<br><br>NOTICE OF APPEARANCE<br>BY REBECCA N. RABKIN |

TO:    THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF

            RECORD.

    PLEASE TAKE NOTICE that Rebecca N. Rabkin hereby enters an appearance as co-counsel of record in the above-entitled matter on behalf of defendant HARI DILLON.

Dated: October 2, 2012                                                /s/
                                                                           _____
                                                                           Rebecca N. Rabkin
                                                                           Attorney for HARI DILLON