# Exhibit A

# UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO  SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF PUBLIC HEALTH SCIENCES & DEPARTMENT OF PSYCHIATRY AND BEHAVIORAL SCIENCES
UNIVERSITY OF CALIFORNIA
ONE SHIELDS AVENUE
DAVIS, CALIFORNIA 95616-8638
530-752-3025 (phone)
530-752-3239 (fax)

Honorable Charles R. Breyer
San Francisco Courthouse 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: United States v. Defendant Hari Jamil Dillon
 Case # 2010R01252 and Court Docket # 10-CR-00500

Dear Judge Breyer,

I am a Professor of Epidemiology, in the Department of Public Health Sciences at the University of California, Davis.

I am writing to you regarding Mr. Hari Dillon, who, as you know, is charged with offenses pertaining to a financial scam led by Mouli Cohen. I first met Hari in 1968 during a period of social turmoil, when I was a mathematics student at UC Berkeley. I had become active in the movement to create a more diverse student body and end various forms of exclusionary policies within the University. Several of the student activist organizations had chapters at both UC Berkeley and San Francisco State University, where Hari Dillon was a student, and I often saw him at Bay Area-wide meetings. He was an impressive and dedicated leader, who strived to make a real difference in the lives of those who were marginalized through institutional inequities, not only in academia but throughout society.

During the late 1970s, when I was busy raising a family and figuring out my career path, I developed a friendship with Hari, who also had young children. I learned that besides his more public persona, he was personally warm and caring, and highly committed to his family. I also observed him to be disturbed by sexism, arrogance and bullying behavior, even when it came from those with political perspectives similar to his. I therefore found him to have a fundamental commitment to integrity in both societal and personal matters.

From 1982 till about ten years ago, I had little contact with Hari, as my career commitments had taken center stage, and I lived on the east coast for over a decade. When we reconnected, I learned about his work in the Vanguard Foundation and recognized that the young Hari with his commitment to ending racial and ethnic disparities was very much alive decades later. It also seemed that his vision had grown to include a huge respect for the variety of life choices that our common friends had made. He also exhibited an abiding loyalty to friends, and when one of them was in trouble, he was ready on a moment's notice to come to their aid.

I remember Hari telling me of his excitement upon meeting Mouli Cohen who had indicated an interest in helping Vanguard: what Hari saw was an opportunity to grow the Vanguard Foundation and make an even larger contribution to the non-profit world and the social justice movement than ever before. However, as he was drawn further and further into the ponzi scheme, he was also pulled away from the work he loved. The incredible pressure and anxiety in trying to raise the funds Mouli kept demanding, and which he, in good faith truly believed would qualitatively change the

landscape of social causes to which he was committed, were enormous. I know that he also put his own personal money into the investments he believed were real and there is no doubt that he began living a less frugal life, e.g., eating at expensive restaurants. But for anyone who knew Hari, it was clearly not about personal gain, and it is impossible to overstate his shock and disbelief when he discovered he'd been conned. I suspect it was not only his unflagging dedication to the Vanguard Foundation he had led, but also his loyalty to someone who had *appeared* to be a friend, Mouli, that may have blinded him to what was happening.

Hari clearly made foolish decisions and showed extremely poor judgment on numerous occasions. Nevertheless, criminal intent is extremely unlikely. Given my observations of Hari over a period of more than 40 years, I believe that defrauding people of their savings is one of the last things Hari would knowingly undertake. I am aware that there are some people who consider Hari to be on a par with Mouli Cohen. Undoubtedly he has made enemies at times, as often happens to individuals who have strong views and who work diligently to carry out their ideas. I also recognize that many individuals lost *huge* sums of money and would not want to minimize their losses. What his critics may not recognize, however, is this: whereas all the money Hari raised has simply added to the extravagant lifestyle and coffers of a clever con artist, Hari himself has lost his home, virtually all his possessions, and, with his criminal record, any ability to obtain a job. His life is shattered.

Hari does not make excuses for himself. In every conversation I have had with him, he expresses his deep regrets and pain at having convinced donors to put their money into investments that never existed, misappropriating funds, and other illegal actions. He knows that what he did was wrong, and far from defending his actions, he readily admits his guilt. In fact, at times he appears to be racked with guilt, reviewing in detail what he should have or could have done, had he understood more.

That Hari has learned his lesson, not once or twice, but daily, hourly – as he has literally been living on the streets for most of the past year or so – is evident. Moreover, while scraping by on help from friends, his health has deteriorated markedly. As a health professional, I have tried to help him out a number of times (as I know he would do for me or virtually anyone else), but his condition is tenuous, and I now fear that a jail sentence could be life-threatening. His diabetes has advanced, with complications of peripheral neuropathy, along with other serious health problems that tend to progress increasingly with age. Unfortunately, health care for prisoners in California is not stellar.

**In my mind, Hari Dillon's health alone is reason enough for appealing to you not to send him to jail. Nevertheless, there are many other reasons to ask for mercy.** These include his lack of criminal intent, his intense remorse, which at times has bordered on or perhaps led him into depression, and his own suffering in physical terms from the lack of a home and stability, and in psychological terms dating back even before the ponzi scheme was revealed to him. Even if he were to not die in prison, it would likely take years off his life, given the current status of his health. I do not believe this price is commensurate with the crime that he has committed. Hari is not a threat to the community, but rather a beacon for some of the most humane and honorable causes. Please put an end to this horrific chapter in his life so that he can pull the pieces of his life together and return to his true calling, which is making a contribution to social justice.

Sincerely,

Irva Hertz-Picciotto, Ph.D., M.P.H.
Professor and Chief, Division of Environmental and Occupational Health
Department of Public Health Sciences
UC Davis MIND Institute (Medical Investigations of Neurodevelopmental Disorders)
Director, Northern California Center for the National Children's Study
Deputy Director, UC Davis Center for Children's Environmental Health