# Exhibit B

To: Hon. Charles R. Breyer
San Francisco, Courthouse
17th Floor 450 Golden Gate Ave.
San Francisco, CA 94102

From: Sam Mills
111 Bank St. #160
Grass Valley, CA 95945

Dear Judge Breyer,

    I have known Hari Dillon since 1990, when I established a donor account with the Vanguard Foundation. Over the years I have had an opportunity to get to know him. For many years he provided excellent insight and service in locating 501(c)(3) charities for me to help and support. I have worked with and supported many charitable organizations over my lifetime, and I found Hari to be very capable and determined in standing up for the underprivileged members of our society and fighting for social justice.

    Before I heard about Ecast and Mouli Cohen, I had an opportunity to invest in other ventures organized by Hari Dillon, some of which were profitable. So when Hari approached me regarding the Ecast / Mouli Cohen venture, I assumed it was similar to other deals that Hari had arranged. Hari told me about Mouli Cohen, and what appeared to be his business and philanthropic backgrounds. After I spoke to Mouli, I, too, became convinced that he was a legitimate and honest person having values which were similar to those held by me. I am convinced that Mouli misled and fooled Hari as well, from the start to the finish.

    I was hurt greatly when I learned (rather recently) that Hari, too, misled investors as part of his attempt to keep the deal going forward in the face of the financial demands that Mouli was making on the investors. I find Hari's unfortunate decisions to be diametrically inconsistent with what I have personally witnessed to be his deep-rooted commitment in helping others in need. I am convinced that he compromised his integrity more out of desperation than out of self-interest and I believe he intended to reimburse those he compromised once the deal had matured.

    None the less, it is clear that Hari broke the law and now must face the consequences of his action. In determining what these consequences might be, I would respectfully ask the court to take into consideration the decades of service which Hari gave to important social causes, and the highly pressurized circumstances he was under at

the hands of a very clever and capable con artist, Mouli Cohen, who managed to fleece us all, including Hari.

With Best Regards,

Sam Mills

cc: Dayle C. Carlson, Correctional Consultant.

UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO · SANTA BARBARA · SANTA CRUZ

PAULA BRAVEMAN, MD, MPH
Professor of Family and Community Medicine
Director, Center on Social Disparities in Health
TEL. NO. (415) 476-6839
FAX NO: (415) 476-5219
E-Mail : braveman@fcm.ucsf.edu
http://www.ucsf.edu/csdh

SCHOOL OF MEDICINE
DEPARTMENT OF FAMILY AND COMMUNITY MEDICINE
3333 California Street, Suite 365
BOX 0943
SAN FRANCISCO, CALIFORNIA 94118

April 5, 2012

Hon. Charles R. Breyer
San Francisco Courthouse, 17th floor
450 Golden Gate Avenue
San Francisco, California 94102

RE: United States v. Defendant Hari Jamil Dillon
Case # 2010R01252 and Court Docket # 10-CR-00500

Dear Judge Breyer,

I am writing to express my concern regarding the case of Hari Dillon, who I have known since 1982 when I met my husband. Hari was –and remains— one of my husband's closest friends, so I have seen him frequently and followed his career closely over the last 30 years. I am a physician, a member of the faculty of the University of California, San Francisco School of Medicine.

Hari is passionately committed to social justice. He built the Vanguard Foundation from a tiny obscure entity to one of the most prominent and effective public interest foundations in California. He has always worked tirelessly. I understand that he broke the law, but fervently believe that it was not with the intent of personal gain, but out of a desperate, misguided desire to shield the foundation and his friends from the devastation wrought by Mouli Cohen. I am convinced that he did not realize that Mouli Cohen was a crook until that was revealed to all of us.

Hari also is passionately devoted to his family. He is one of the most generous people I have ever known. Hari lives to contribute to just causes and to his loved ones. And this generosity –not a desire for personal gain-- was his weakness in this case.

My husband and I are among the victims of the fraud perpetrated by Mouli Cohen; the amount we lost was not inconsequential. Hari has experienced terrible suffering over the last couple of years, since the fraud was revealed. He saw the demise of his beloved Foundation, and he has been penniless and homeless. I do not think that it will serve justice to sentence Hari to prison, and I appeal to you to show compassion for him out of a recognition that although what he did was wrong, it was motivated by his dedication to just causes and to his family, not by greed.

Sincerely,

*[signature]*

Paula Braveman, MD, MPH

Professor of Family and Community Medicine

Director, Center on Social Disparities in Health

University of Califiornia, San Francisco


Cc:

Patrick Balizan, U.S. Attorney's Office


Dayle C. Carlson, Jr., Correctional Consultant

Hon. Charles R. Breyer
SF Courthouse
450 Golden Gate Av
SF, CA 94102

Henri Picciotto

Sunday, January 13, 2013

Dear Judge Breyer,

This letter is about Case # 2010R01252 (Court Docket # 10-CR-00500) — US vs. Hari Dillon.

I am a high school teacher, an author, and a consultant in math education. I have known Hari since my days as an undergraduate and graduate student at UC Berkeley (1967-1971). He and I met as young activists, and maintained an off-and-on friendship over the years. When our children were young, we played family basketball together. Later, as I became involved in Jewish Voice for Peace (on whose Board I served), he and I reconnected.

I found Hari's advice invaluable as we worked to grow our organization from a small group of volunteers to a national staffed nonprofit. Unlike many in our college crowd, Hari had maintained his commitment to social justice, and in fact managed to increase his effectiveness over the years, through his work in the foundation world. I was particularly impressed with his principled behavior, even on issues where others tend to keep quiet. One example which my colleagues in the Jewish peace movement will not soon forget was a very large antiwar event at the beginning of the Iraq war, where he publicly challenged anti-Semitism on the left.

Alas, a few years later, Hari was taken in by the illusion of instant riches that Mouli Cohen dangled in front of him. Hari imagined that this was the way to keep the Vanguard Foundation afloat, as the funding from other sources was drying up. He recruited me and other Vanguard supporters to invest in Cohen's scheme. I lost a lot of money that way! However I certainly do not blame Hari — as I see it, he was more the victim than the criminal in this debacle.

While Cohen accumulated millions out of his scam, Hari ended up broke and homeless. He went through extended periods of living in his car, and saw his health deteriorate. Perhaps worse, he went from being a hero of the social justice movement to being widely seen as a villain. Yes, he broke the law, but he is no Mouli Cohen, as his motivation was unselfish. And believe me, he learned his lesson well: a man who had justly been proud of his accomplishments on behalf of the social justice movement has had to think deeply about his hubris and naïveté, and how he ended up involuntarily betraying that movement, his friends, and his fellow activists.

I am no judge, but given his remorse and the punishment he has already endured, I believe that jail would not be appropriate. Please take this into account when you decide on Hari's sentence.

Sincerely yours,

Henri Picciotto

Henri Picciotto
henri@picciotto.org

1805 Monterey Avenue, Berkeley, CA 94707-2524
Home: 510-524-3311   Cell: 510-757-7696

# John F. Levin

April, 2, 2012

Hon. Charles R. Breyer
San Francisco Courthouse  17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: United States v. Defendant Hari Jamil Dillon
Case # 2010R01252 and Court Docket # 10-CR-00500

Dear Judge Breyer,

       I am writing to you out of my concern for Hari Dillon who I have known since the fall of 1966 when I arrived in California after graduating from Columbia and signed up for graduate school at San Francisco State. I am also a victim, along with my wife, many friends not to mention the Vanguard Foundation which now lies in ruins, of this horrible fraud perpetrated by Mouli Cohen. But, Judge I firmly believe that the most tragic victim of this fraud, who will come before you for sentencing in June, is Hari Dillon.

       The 45 years plus that I have known Hari I have found him to be a man of the highest integrity, whose life was devoted to the social justice movement. I always considered him to modest man whose interests outside of politics, were his children and extended family. He was active in the lives of both his children and a mentor sometimes surrogate father to nieces, nephews as well as their friends, helping them find jobs, raise tuition money, or survive life's other growing pains, Hari was there for them.

       Under terrible and inconceivable pressure not to let his friends down and preserve the Foundation he led and loved, Hari made a number of terrible choices breaking the law, an act totally inconsistent with his character and for which he has shown great remorse. I do not believe that at anytime Hari knew that Mouli Cohen was operating a con. I think Hari believed that he would be able to pay the money he misappropriated back out of his own profits once the alleged Microsoft buy-out was completed. But of course Hari Dillon broke the law butt in my opinion the subsequent tribulations that he has suffered: Homelessness, bankruptcy, joblessness, destroyed health and outright shame has been punishment enough. And I say this as someone who lost a significant amount of his retirement savings to this fraud. I urge you in the strongest possible terms to temper justice with mercy and not sentence Hari Dillon to jail.

Sincerely,

John F. Levin

CC: Patrick Balizan; United Sates Attorney's Office
     Dayle C. Carlson Jr.

## 25 Hill Street San Francisco, CA 94110