# Exhibit C

J. David Black
Law Office of J. David Black
P.O. Box 398
254 Pilot's Reach
The Sea Ranch, CA 95497-0398
Telephone: (707) 785-3366
Facsimile: (707) 785-2344

January 14, 2013

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Re: United States v. Hari Dillon (No. CR 10-00500 CRB)

Dear Judge Breyer:

    We write as counsel for Sam and Mary Mills, respectively, who, the Court will recall, were by far the biggest victims of the Mouli Cohen fraud, which was prosecuted successfully before Your Honor in October and November of 2011. Indeed, the Mills were important prosecution witnesses in that trial. We understand that the sentencing hearing for Hari Dillon, who himself engaged in criminal conduct in connection with the Cohen scheme, is scheduled before Your Honor at 10:00 a.m. on January 29, 2013. The purpose of this letter is to request that, to the extent Mr. Dillon's sentence includes his being remanded into custody, the Court allow a brief stay or postponement of the surrender date to accommodate the taking of his deposition in the related civil cases, which is scheduled to occur between January 31, 2013 and February 5, 2013, at the Law Offices of Rehon & Roberts, in San Jose, California.

    The related civil cases consist of ten coordinated actions originally filed in early 2009 by the Mills and other victims, which are pending in the Complex Litigation Department (#305) of the San Francisco County Superior Court (Hon. John E. Munter, presiding) These cases involve over two dozen parties and nearly as many lawyers. The most pivotal witness in all these cases is Hari Dillon. His deposition was noticed and begun early in the civil proceedings, but he was under investigation at the time by the federal government and declined to answer any questions pursuant to his 5th Amendment privilege. It is our expectation and understanding that, once sentenced, Mr. Dillon will no longer invoke the privilege.

Were Dillon to be remanded into custody immediately upon sentencing on January 29th, not only would his deposition be again postponed, but the logistics of taking and completing his deposition would become a nightmare scenario, given the multitudes of parties and attorneys in the coordinated civil cases who would want to, and be entitled to, get involved and participate.

We respectfully request, therefore, that this Court not order Dillon's immediate surrender into custody on the 29th but that it grant a brief stay or postponement of that action to allow his deposition to go forward on the 31st and to be adjourned the following week. Specifically, the Mills request a stay or postponement of ten calendar days, i.e., to and including February 8, 2013.

                                    Respectfully submitted,

                                    J. David Black
                                    Counsel for Mary Mills


                                  Morgan, Franich, Fredkin & Marsh
                                  By: William Siamas
                                  Counsel for Sam Mills


CC: Douglas Sprague, Esq. (via email)
     Garrick Lew, Esq. (via email)
     Peter Rehon, Esq. (via email)