GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Hari Dillon

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>HARI DILLON<br><br>  Defendant. | CR. No.    CRB 10-00500 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING FROM AUGUST 30, 2013 to SEPTEMBER 18, 2013<br><br>Court: Hon. Charles R. Breyer |

The above-captioned matter is presently on the court's calendar for restitution hearing on August 30, 2013 at 11:00 a.m.

The defendant is represented by Garrick S. Lew, and the government is represented by Douglas Sprague and Hallie Hoffman, Assistant United States Attorneys. A Stipulation and Proposed Order for Restitution was filed with the Court on August 22, 2013.

Counsel for defendant learned, after executing the Proposed Order and Stipulation, that restitution payments made to some of the named victims in the Proposed Order were not credited or reflected in Exhibit 1 of Docket 73. Therefore, additional time is required to determine correct amounts owed and to whom.

*U.S. v. Dillon* (CR 10-0687 CRB)
Stipulation and [Proposed] Order

Accordingly, the parties hereby stipulate and respectfully request that this matter be continued to September 18, 2013, at 2:00 p.m. for hearing on restitution.

Dated: August 28, 2013

Respectfully submitted,
Law Office of Garrick S. Lew & Associates

/s/
By: Garrick S. Lew
Attorney for Defendant HARI DILLON

Dated: August 28, 2013

/s/
Douglas Sprague
Assistant United States Attorney

GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone:     (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Hari Dillon

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HARI DILLON,<br><br>    Defendant. | CR. No. 10-00500 CRB<br><br>[PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING FROM August 30, 2013 TO September 18, 2013<br><br>Court:     Hon. Charles R. Breyer |

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant;

IT IS HEREBY ORDERED that the restitution hearing in this case, presently set for August 30, 2013 is continued to September 18, 2013 at 2:00 p.m. before the Honorable Charles R. Breyer.

IT IS SO ORDERED.

DATED:_____

_____
Hon. Charles R. Breyer
United States District Court Judge