GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew & Assoc.
1000 Brannan Street - Suite 488
San Francisco, CA 94103-4888
Telephone:    (415) 575-3588
Facsimile:    (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
Hari Dillon

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>HARI DILLON,<br>           Defendant. | CR. No. 10-00500 CRB<br><br>ORDER TO CONTINUE<br>RESTITUTION HEARING FROM<br>January 22, 2014 TO February 19, 2014<br><br><br><br>Court:  Hon. Charles R. Breyer |

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant;

IT IS HEREBY ORDERED that the restitution hearing in this case, presently set for January 22, 2014, is continued to February 19, 2014 at 2:00 p.m. before the Honorable Charles R. Breyer.

IT IS SO ORDERED.

DATED: January 22, 2014          _____
                                 Hon. Charles R. Breyer
                                 United States District Court Judge

*U.S. v. Dillon* (CR 10-00500 CRB)
Stipulation and [Proposed] Order