UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 10-0500 CRB |
| Plaintiff, | ) ORDER |
| v. | ) |
| HARI J. DILLON, | ) |
| Defendant. | ) |

For the reasons set forth in the Stipulation Regarding Restitution, and other good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Judgment in this matter shall be amended to reflect that defendant Dillon is ordered to pay $1,995,729.96 in restitution, and that amount is to be distributed to victims in the individual amounts and percentages set forth in Exhibit 1 to the Stipulation Regarding Restitution; and

2. The hearing previously scheduled for February 19, 2014, is hereby vacated.

//

DATED: February 19, 2014

_____
CHARLES R. BREYER
United States District Court Judge

STIP. RE: RESTITUTION;
CR 10-0500 CRB