IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>DILLON,<br><br>        Defendant. | Case No. 10-cr-00500-CRB-1<br><br>**ORDER GRANTING RESTITUTION OFFSET** |

In 2010, Defendant Hari Dillon pled guilty to two counts of wire fraud and two counts of money laundering for his involvement in a fraud scheme. The Court ordered Dillon to pay just under $2 million restitution to the victims. See Restitution Order (dkt. 87). Dillon now asks to offset $1,870,819.60 of his restitution order. Mot. (dkt. 92) at 3.

Under the Mandatory Victim Restoration Act, the Court "shall [] reduce[]" restitution "by any amount later recovered as compensatory damages for the same loss by the victim in . . . any Federal civil proceeding; and . . . any State civil proceeding." 18 U.S.C. § 3664(j)(2); see, e.g., United States v. Doe, 374 F.3d 851, 856 (9th Cir. 2004). Offset is only proper where the victims receive the funds. United States v. Bright, 353 F.3d 1114, 1122–23 (9th Cir. 2004). The court may deny offset if proof is ambiguous. United States v. Bush, 252 F.3d 959, 963 (9th Cir. 2001).

The Court concludes that Dillon's submissions establish that the victims were paid in the stated amounts. Dillon has substantiated these payments with a detailed declaration and accompanying exhibits from Peter Rehon, who was the counsel of record for victims in state court proceedings that resulted in fourteen settlements. See Rehon Decl. ¶¶ 4–8. Dillon provided documentation for proof of payment, such as cancelled checks, settlement agreements, and emails to the United States Attorney's office outlining consistencies in payment history. See generally

Rehon Decl. & Ex. A–F; Rehon Supp. Decl.; Exhibits to Rehon Supp. Decl.

For the foregoing reasons, the Court GRANTS the motion. The Clerk of the Court is hereby ordered to credit Dillon with a restitution offset in the amount of $1,870,819.60.

**IT IS SO ORDERED.**

Dated: December 9, 2021



CHARLES R. BREYER
United States District Judge